Charles D. Harrington, as executor, etc. No opinion. Judgment unanimously affirmed, with costs.

---

CREAM OF WHEAT CO. v. AMERICAN HOME MAGAZINE CO. (Supreme Court, Appellate Division, First Department. December 12, 1913.) Action by the Cream of Wheat Company against the American Home Magazine Company. No opinion. Motion for stay granted. Settle order on notice. See, also, 144 N. Y. Supp. 876.

---

CROOKER, Respondent v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 26, 1913.) Action by Eugene D. Crooker against the Pennsylvania Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. As matter of law plaintiff failed to establish freedom from contributory negligence.

---

CRUMP, Appellant, v. BEHRENDT, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 23, 1913.) Action by Shelley G. Crump against Charles Behrendt. No opinion. Order affirmed, with costs. Rehearing denied, 145 N. Y. Supp. 1119.

---

CRUMP, Appellant, v. BEHRENDT, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 23, 1914.) Action by Shelley G. Crump against Charles Behrendt. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied. For former decision, see 145 N. Y. Supp. 1119.

---

CULP, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. February 20, 1914.) Action by Ernest M. Culp against the City of New York. No opinion. Judgment and order affirmed, with costs. See, also, 146 App. Div. 326, 130 N. Y. Supp. 705.

---

CURTIS BLAISDELL CO. v. LEDERER. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by the Curtis Blaisdell Company against George W. Lederer. No opinion. Application denied, with $10 costs. Order signed. See, also, 82 Misc. Rep. 444, 143 N. Y. Supp. 1074.

---

CURTISS, Respondent, v. CURTISS, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 23, 1913.) Action by Milton A. Curtiss against Byron Curtiss, as executor, etc.

PER CURIAM. Judgment affirmed, with costs.

MERRELL, J., dissents.

---

C. & E. CHAPAL FRÈRES & CIE., Respondents, v. WEINSCHENKER et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 13, 1914.) Action by C. & E. Chapal Frères & Cie. against Charles Weinschenker and others, copartners, etc. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that the verdict is against the weight of evidence, and for error in the charge at folios 244 and 249.

---

In re DANIEL BUHRE & CO. (Supreme Court, Appellate Division, Second Department. January 30, 1914.) In the matter of the application of Daniel Buhre & Co. for an order punishing Fred M. Fitter, Jr., for contempt.

PER CURIAM. Order of the County Court of Queens County, denying motion to punish judgment debtor for contempt, affirmed, without costs, upon condition that within ten days after entry of order herein he go before the county judge and sign his deposition, upon two days' notice to the attorney for the judgment creditor; in case of his failure so to do, application for reargument may be made.

---

DAUCHY et al., Appellants, v. POWERS et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 21, 1914.) Action by William P. Dauchy and David Morey, as administrators, etc., of Albert E. Powers, deceased, against Edward F. Powers and Albert W. Powers, executors, etc., of Nathaniel B. Powers, deceased. No opinion. Order modified, by providing that the parties be made defendants, instead of plaintiffs, and may answer within 20 days, instead of serving complaint, and, as modified, affirmed, without costs. See, also, 155 App. Div. 883, 139 N. Y. Supp. 1120.

---

DAVIDSON et al. v. HOWELL. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Appeal from Special Term, New York County. Action by John R. Davidson and another against Grace H. Howell. From an order denying motion for judgment on the pleadings, defendant appeals. Affirmed. Henry D. Patton, of New York City, for appellant. Bertram L. Kraus, of New York City, for respondents.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

INGRAHAM, P. J. I dissent, upon the ground that the plaintiffs procured a purchaser, and, as part of the contract of purchase, agreed that "neither of them shall be entitled to any commission whatsoever, unless title passes hereunder and this contract consummated." The complaint alleges that the contract never was consummated, that no title ever passed, and therefore, upon the express condition of their employment, the plaintiffs were not entitled to recover.

---

DAVIS, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January